

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00024-CR
No. 07-19-00025-CR

THE STATE OF TEXAS, APPELLANT

V.

BRANDON WADE GREEN, APPELLEE

On Appeal from the County Court
Atascosa County, Texas
Trial Court Nos. 33979 & 33980, Honorable Lynn Ellison, Presiding

February 13, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Pending before the court are two motions to dismiss these appeals filed by appellant, the State of Texas. As no decision of the court has been delivered to date, we grant the motions. TEX. R. APP. P. 42.2(a). Accordingly, the appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

James T. Campbell
Justice

Do not publish.